Edward Person May 13th, 2022
LE# 1878304
Clayton County Jail
9157 Tara Blvd.
Jonesboro, GA 30236

1:22-CV-2572

United States District Court, Northern District of Georgia.
Edward Jamar Person

vs

Clayton County Sheriff (Victor Hill)
Clayton County Jail (Medical Staff)
Clayton County Jail (Administration)
Clayton County Jail (Sergent Smart)
Clayton County Jail (Sergent Poole)


FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 27 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Now comes before the Court, pursuant to 42 U.S.C Section 1983 to redress deprivation under color of state law of rights secured by the United States Constitution, Plaintiff seeks Declaratory Relief pursuant to 28 U.S.C Section 2201 & 2202. Plaintiffs claim for Injunctive Relief are authorized by 28 U.S.C Section 2283 and 2284. Rule 65 of Federal Court Civil Procedure

I (Edward Jamar Person) does affirm that since being detained here at Clayton County Jail, my rights has been continuously violated. I am a pre-trial detainee, therefore I am not to be subjected to punitive punishment or restriction or denial of my basic human rights.

1) On November 12, 2021, I fell coming out of the shower in Housing Unit 6 Four. I fractured my Ring Finger on my Right Hand as well as injured my Back. I was initially denied medical attention until the next day. I made a medical report and told the nurse what happend. All I was given was Tylenol for a fractured finger and hurt back. I was forced to wait over a month to have an X-Ray done. I was informed that I would have to see a Bone Doctor to have my hand fixed. I still have not been afforded that oppurtunity. My Bone in my Finger has healed wrong and it constantly pains me everyday. My medical request on the Kiosk will show me begging for medical assistance that I was denied. My hand was not wrapped, put in a cast, I was not even given a splint. I was forced to stay in pain for months. I have not recewed adequate medical attention since arriving at this facility. I have also written grievances about this issue. Nothing was done. My Finger/Hand may be damaged for life unless a bone doctor is able to fix it. I am no longer able to make a closed fist. The Doctor who was working here at the Jail name is (John) I do not know his last name. My second issue with medical staff is the way sick call is being conducted. They see inmates on the catwalk. There is absolutely no Privacy.

I know that my medical issues are suppose to be a private matter. I shouldn't be forced to put my medical issues out to the nurse/doctor infront of other inmates/detainees. I believe that violates my 8th Amendment. Being denied proper and private medical care is cruel and unusual punishment.

2) My second complaint is that I was forced to live in a cell with no running water and a toilet that didn't flush. I lived in cell 6405 under those conditions for over 8 months. Our steady floor officer at the time was Officer Smart. He was aware that alot of cells didn't have working toilets but on many days he locked the door to the cell and did not afforded me the oppurtunity to use the restroom. Imagine living in a cell with 3 people and the toilet doesn't flush. There is not intercom in my cell so the officer had no way of coming when needed. The conditions were inhumane. Many days I felt depressed and suicidal due to these living conditions. The sergent at this time was (Poole). He would sometimes leave the cell door open because he knew we didn't have a working toilet but Officer Smart would come right behind him and lock the door. Moving my bowels and urinating is a basic human right. Its not a prwalage. There is no way inmates should be denied that. Clayton County Jail chooses to house inmates in cells that do no function

property. The dayroom as well. Officer Smart brought us a mop bucket to use. There is no way I should've been forced to defecate in a bucket inside of a multi-million dollar institution. That is a blatant violation of my 8th Amendment.

3) Furthermore, I have been detained here at the Clayton County Jail and I've been denied the use of the law library multiple times. Sometimes for weeks at a time. Inmates are forced to hire lawyers we can't afford or be represented by public defenders because our right to represent ourself "Pro-se" has virtually been stripped by denying me the use/access to the law library. I can not prepare an adequate defense for my court proceedings without the law library. We have to use the kiosk which is turned off almost everyday. Sometimes it will be off for weeks with no justifiable explanation. I've also filed several grievances about this but nothing was ever done to rectify the problem.

4) Safety. This is something that the jail is suppose to provide or atleast attempt to provide. Out of my 19 (nineteen) months here at this facility I've seen inmates beat, assaulted and abused by officers. I personally witnessed officer (Smart) tase an inmate on his back while he was posing no threat to him or any other inmate. He was texting on the kiosk

This type of abuse affected me mentally. I've been dealing with mental anguish and distress since arriving at this jail. Officer Smart has shown no regard for inmates (my) safety. Inmates assault other inmates and come right back to the housing unit after 2 days in punitive segregation like nothing happend. You do not even have a hearing at this jail. You are guilty for whatever the officer claims you did wrong. Most days we only have what they (administration) calls a (Booth Tech) working without an actual officer to even conduct a safety check. Here at Clayton County jail inmates can open their cell assault someone and wont even be removed out of the housing unit. Most inmates dont report the assaults because the officers will knowingly and willingly leave the assliant in the dorm. With the jail claiming to be short on (Staff) its no way they can provide a safe institution. Multiple inmates have been stabbed!

5). Since my arrival at Clayton County Jail I have not been afforded any recreation. I have been confined to a cell for 23 hours a day. The jail does not allow inmates/detainees to use the recreation yard. I have not had a breath of fresh air in almost 2 years. This regulation is not related to a legitimate goal. It is cruel and unusual

to detain and confine me to a cell for the same amount of time as a "Death Row" inmate and I haven't been convicted of a crime or any wrong doing. I haven't had 1 infraction/write up my entire time at this facility. I'm on a 23 hour lockdown in General population so what is Punitive Segregation? In 1 hour im suppose to shower (which only 1 shower works), use the phone thats constantly being turned off, and use the Kiosk which only (1) works. There is no way to exercise. The Jail took all the board games so even when I'm out my cell I am not having Recreation. As being a "Detainee" I have not lost my Rights. I am not suppose to be subjected to Punitive Punishment inside of a county Jail. The conditions here are Harsh and unbearable. Inhumane in most aspects. My stay at this Jail has not only been physically damaging but mentally as well.

Prayer for Relief.

A declaration that the acts and omissions described herein violated Plaintiffs Rights under the Constitution and Laws of the United States.

A preliminary and permanent injuction ordering Defendants to stop violating my 8TH, 14TH, and 5TH Amendment Rights. To stop denying inmates proper use of the Law Library, United States Postal Service, and the Recreation yard.

to stop prolonged confinement, cruel and unusual conditions. And to stop denying inmate proper medical treatment.

I am asking the courts to grant me compensatory relief in the amount of $1 million dollars. ($1,000,000.00) for my pain and suffering, mental anguish, and tramatic toture that I've endured for the past 19 months. I am requesting that each defendant pay jointly and severally.

I am asking that the courts grant me punitive relief against each defendant.

Victor Hill $200,000.00
Clayton County Jail - $200,000.00
Clayton County Medical Staff $200,000.00
Clayton County Sergent Smart $200,000.00
Clayton County Sergent Poole $200,000.00

I am requesting that the courts grant me a jury trail. I am requesting that the defendants pay for the filing and attorney fees and all court fees related to this matter. And any additional relief the court deems proper and equitable.

It is my hopes that the court allows me to file this claim "in forma pauperis". I do not have the funds to pay. I am also requesting that an attorney be assigned to represent me in this matter.

Respectfully
[signature] 5/13/22