1:22-CV-2572

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____     DIVISION _Atlanta_
MAG. JUDGE _____     IFP _NO_         FEE _NO_
DATE FILED __6-27-22__                 PREVIOUS CASES ___NO___

NAME _Edward Person_____           ID # _1878304_____
PRO SE ___✓___                         ATTORNEY _____
PLACE OF INCARCERATION _Clayton County Jail_____
CITY _Jonesboro_____   STATE _GA_   COUNTY _Clayton_

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ _____ | OTHER: _____ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge
Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
____Pauper's affidavit insufficient or no affidavit
____Complaint or petition not signed or is incomplete
____No copies
____Other: _____

EDWARD PERSON
LE# 187 8304
Clayton County Jail.
9157 TARA BLVD.
JONESBORO, GIA 30236



CLERK OF COURT
UNITED STATES DISTRICT COURT
75 TED TURNER DR.
ATLANTA, GIA 80303