UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD JAMAR PERSON,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF VICTOR HILL, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:22-CV-02572-SEG-JEM |

## **O R D E R**

The undersigned hereby RECUSES herself from further participation in this action, pursuant to Canon 3(c) of the Code of Conduct for United States Judges. The Clerk is DIRECTED to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

**SO ORDERED** this 30th day of June, 2022.

*[signature]*
SARAH E. GERAGHTY
United States District Judge