IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDWARD JAMAR PERSON, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| SHERIFF VICTOR HILL et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:22-CV-2572-CAP-JEM |

## ORDER

Plaintiff, Edward Jamar Person, confined in the Clayton County Jail in Jonesboro, Georgia, submitted a document that the Clerk docketed as a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) Plaintiff must (1) complete and return a proper § 1983 complaint form, and (2) either (a) pay the $350.00 filing fee and $52.00 administrative fee, or (b) complete and return a proper application for leave to proceed *in forma pauperis*.

The Clerk is **DIRECTED** to send Plaintiff a § 1983 complaint form and a prisoner application for leave to proceed *in forma pauperis*, with the case number for this action stamped on both of those forms. If Plaintiff wishes to proceed with this case, he is **ORDERED**, within **30 DAYS** from the date of this Order, to (1) complete and return the § 1983 complaint form, and (2) either (a) pay the $350.00 filing fee and $52.00 administrative fee, or (b) complete and return the application for leave to proceed *in forma pauperis* with all required information, signatures, certifications, and attachments.

Plaintiff must pay the $350.00 filing fee from his inmate account even if he is allowed to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).[1] Regardless of the outcome of this lawsuit, the Court will order Plaintiff's custodian to deduct, in monthly or other incremental installments, 20% of the preceding month's income credited to Plaintiff's account, in each month in which the account balance exceeds $10.00, until the $350.00 filing fee is paid in full. If Plaintiff does not want funds deducted from his inmate account, he should file a motion voluntarily dismissing this case.

Plaintiff is **CAUTIONED** that this action may be dismissed for failure to (1) comply with this Court's Orders; *see* N.D. Ga. R. 41.3(A)(2); or (2) keep this Court advised of Plaintiff's current address; *see id.* 41.2(B).

The Clerk is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon Plaintiff's compliance with this Order or the expiration of the 30-day period. Service of process shall not issue pending the Court's further consideration of this action under 28 U.S.C. § 1915A.

**SO ORDERED**, this  20th  day of July, 2022.

J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE

---

[1] The $52.00 administrative fee is waived when leave to proceed *in forma pauperis* is granted.

2